UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GAMALIER RIVERA,

                Plaintiff,

-against-

MARIO RAMIREZ, *et al.*,

                Defendants.

25-CV-795 (CS)

ORDER OF SERVICE

CATHY SEIBEL, United States District Judge:

    Plaintiff, who currently is incarcerated at Sing Sing Correctional Facility, brings this action, *pro se*, under 42 U.S.C. § 1983, alleging that Defendants violated his federal constitutional rights.

    By order dated February 7, 2025, the Court granted Plaintiff's request to proceed in forma pauperis ("IFP"), that is, without prepayment of fees.[1] By order dated May 16, 2025, the Court directed the Clerk of Court to fill out a U.S. Marshals Service Process Receipt and Return form ("USM-285 form") for Defendants Michelle and Kopp, issue summonses and deliver to the Marshals Service all the paperwork necessary for the Marshals Service to effect service. The Court also dismissed the claims against the State of New York. On November 12, 2025, Plaintiff filed an Amended Complaint, adding Mario Ramirez, Stephen Lacika, Miguel Nin, M. Ochs, and Avwurhi Akarumeh as defendants.

---

[1] Prisoners are not exempt from paying the full filing fee, even when they have been granted permission to proceed IFP. *See* 28 U.S.C. § 1915(b)(1).

1

**A. Service on Ramirez, Lacika, Nin, Ochs, and Akarumeh**

Because Plaintiff has been granted permission to proceed IFP, he is entitled to rely on the Court and the U.S. Marshals Service to effect service.[2]  *Walker v. Schult*, 717 F.3d. 119, 123 n.6 (2d Cir. 2013); *see also* 28 U.S.C. § 1915(d) ("The officers of the court shall issue and serve all process . . . in [IFP] cases."); Fed. R. Civ. P. 4(c)(3) (the court must order the Marshals Service to serve if the plaintiff is authorized to proceed IFP)).

To allow Plaintiff to effect service of the Amended Complaint on Defendants Ramirez, Lacika, Nin, Ochs, and Akarumeh, the Clerk of Court is instructed to fill out a U.S. Marshals Service Process Receipt and Return form ("USM-285 form") for them.  The Clerk of Court is further instructed to issue a summons and deliver to the Marshals Service all the paperwork necessary for the Marshals Service to effect service upon Defendants Ramirez, Lacika, Nin, Ochs, and Akarumeh.

If the complaint is not served within 90 days after the date the summons is issued, Plaintiff should request an extension of time for service.  *See Meilleur v. Strong*, 682 F.3d 56, 63 (2d Cir. 2012) (holding that it is the plaintiff's responsibility to request an extension of time for service).

**B. Local Civil Rule 33.2**

Local Civil Rule 33.2, which requires particular defendants in certain types of prisoner cases to respond to specific, court-ordered discovery requests, applies to this action.  Those discovery requests are available on the court's website under "Forms" and are titled "Local Rule

---

[2]Although Rule 4(m) of the Federal Rules of Civil Procedure generally requires that a summons be served within 90 days of the date the complaint is filed, Plaintiff is proceeding IFP and could not have effected service until the Court reviewed the complaint and ordered that any summonses be issued. The Court therefore extends the time to serve until 90 days after the date any summonses issue.

33.2 Interrogatories & Requests for Production of Documents - Prisoner Cases." Within 120 days of the date of service, Ramirez, Lacika, Nin, and Ochs must serve responses to those standard discovery requests. In their responses, those defendants must quote each request verbatim.

## CONCLUSION

The Clerk of Court is instructed to issue summonses for Defendants Ramirez, Lacika, Nin, Ochs, and Akarumeh; complete the USM-285 form for them; and deliver all documents necessary to effect service of the Amended Complaint to the U.S. Marshals Service.

**SO ORDERED.**

Dated:   November 18, 2025
           White Plains, New York

*Cathy Seibel*
_____
CATHY SEIBEL
United States District Judge

**DEFENDANTS AND SERVICE ADDRESSES**

1. Corrections Officer Mario Ramirez, No. 35943
   Shawangunk Correctional Facility
   200 Quick Road
   P.O. Box 750
   Wallkill, New York 12589

2. Corrections Officer Stephen Lacika, No. 60088
   Shawangunk Correctional Facility
   200 Quick Road
   P.O. Box 750
   Wallkill, New York 12589

3. Corrections Officer Miguel Nin, No. 27755
   Shawangunk Correctional Facility
   200 Quick Road
   P.O. Box 750
   Wallkill, New York 12589

4. Sergeant M. Ochs, No. 2272
   Wallkill Correctional Facility
   50 McKendrick Road
   P.O. Box G
   Wallkill, New York 12589

5. RN Avwurhi Akarumeh
   Sing Sing Correctional Facility
   354 Hunter Street
   Ossining, New York 10562